# Court of Appeals
# of the State of Georgia

ATLANTA,  May 10, 2022

*The Court of Appeals hereby passes the following order:*

**A22A1091. OS TYBEE, LLC d/b/a OCEANSIDE HEALTH AND REHAB et al
v. SANDI POSTLE et al.**

The Appellant in the above-styled case has filed a motion entitled Appellant's Motion For Permission To Withdraw Appeal. Pursuant to Court Rule 41(g)(1), said motion is hereby GRANTED.



*Court of Appeals of the State of Georgia*
        *Clerk's Office, Atlanta,  05/10/2022*

        *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

        *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*